# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LIN EDWARD DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-024 |
| THALRONE WILLIAMS, DR. C. FOGAM, OFFICER JONES, PAT TABER, SIGHT, and BOARD OF PARDON AND PAROLE, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On January 15, 2009, the Court ordered plaintiff to show cause why his case should not be dismissed for his failure to answer truthfully the question on his civil complaint form that inquired about his prior lawsuits. Doc. 25. Plaintiff did not respond to that Order. Accordingly, pursuant to the Court's inherent power to police its docket, plaintiff's case should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane*

*Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  5th  day of February, 2009.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA